KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
MISHA D. IGRA, State Bar No. 208711
Supervising Deputy Attorney General
BENJAMIN R. DORE, State Bar No. 274199
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-7397
 Fax: (916) 324-5205
 E-mail: Benjamin.Dore@doj.ca.gov
*Attorneys for Defendants Baker, Baxter, Grannis, Kernan, Morrow, O'Brien, Sclafani, and Walker*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MARIO NAVARRO,**<br><br>Plaintiff,<br><br>v.<br><br>**DEBRA HERNDON, ET, AL. ,**<br><br>Defendants. | 2:09-CV-1878 GEB KJN P<br><br>**[PROPOSED]** ORDER |

   Good cause appearing, Defendants' motion for a protective is GRANTED. Discovery is stayed until the Court issues a Discovery Order, at which point Plaintiff may propound discovery that complies with the Federal Rules of Civil Procedure.

**Date: 3/19/2013**

_/s/ Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Nava1878.stip.stay.disc.

SA2010303530
31631284.doc

1

[Proposed] Order (2:09-CV-1878 GEB KJN P)