IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MARIO NAVARRO,** | 2:09-CV-1878 GEB KJN P |
| Plaintiff, | **[PROPOSED]** ORDER |
| v. | |
| **DEBRA HERNDON, ET, AL.,** | |
| Defendants. | |

Defendants' request to conduct Plaintiff Mario Navarro's deposition via videoconference, pursuant to Rule 30(b)(4), Federal Rules of Civil Procedure, is hereby granted. However, the court reporter must be physically located where the plaintiff is located. Moreover, nothing in this Order shall be interpreted as requiring the institution in which Plaintiff is housed to obtain videoconferencing equipment if it is not already available.

SO ORDERED.

Dated: August 27, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

nava1878.depo.video