IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

**MARIO NAVARRO,**

Plaintiff,

v.

**DEBRA HERNDON, et al.,**

Defendants.

Case No. 2:09-CV-1878 KJM KJN P

[~~PROPOSED~~] ORDER

The Court has considered Defendants' Motion to Modify the Scheduling Order and, good cause appearing, IT IS ORDERED that Defendants' Motion to Modify the Scheduling Order is GRANTED.  The dispositive motion deadline set forth in the July 23, 2013 Order (ECF No. 103), is extended to forty-five days after this Court issues a ruling on Defendants' August 1, 2013, Motion to Dismiss (ECF No. 107).

Dated:  August 30, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/nava1878.eot.DDL.