1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MARIO NAVARRO,                          No.  2:  09-cv-1878 KJM KJN P

12                   Plaintiff,

13          v.                                ORDER

14    DEBRA HERNDON, et al.,

15                   Defendants.

16

17          Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant

18    to 42 U.S.C. § 1983.  On March 25, 2016, the undersigned recommended that defendants' motion

19    for summary judgment be granted in part and denied in part.  (ECF No. 183.)  The findings and

20    recommendations were eighty-two pages.  (Id.)

21          On April 6, 2016, the undersigned scheduled this action for a settlement conference.

22    (ECF No. 184.)  The undersigned ordered that objections to the findings and recommendations

23    were due fourteen days after the settlement conference if no settlement was reached.  (Id.)  The

24    undersigned directed the Warden at Ironwood State Prison, where plaintiff was housed, to

25    transport plaintiff to court in Sacramento for the settlement conference.  (ECF No. 185.)

26          On July 8, 2016, a settlement conference was held.  This action did not settle.  On July 25,

27    2016, the undersigned granted plaintiff's request for an extension of time to file objections.  (ECF

28    No. 200.)  On August 15, 2016, plaintiff filed a four page objections.  (ECF No. 204.)  Plaintiff's

1

1  objections indicate that he is now housed at the California Training Facility.  In his objections,

2  plaintiff states that his legal property is still at California State Prison-Sacramento, where he was

3  housed for the settlement conference.

4  　　　Without access to his legal property, plaintiff alleges that he is unable to prepare

5  meaningful objections or otherwise prosecute this action.  The defendants are located at

6  California State Prison-Sacramento, where plaintiff alleges his legal property is located.

7  　　　Accordingly, IT IS HEREBY ORDERED that within ten days of the date of this order,

8  defendants shall inform the court of the status of plaintiff's access to his legal property.

9  Dated:  August 19, 2016

10

11  　　　　　　　　　　　　KENDALL J. NEWMAN
      　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

12

   Na1878.obj

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2