UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO NAVARRO, | No. 2: 09-cv-1878 KJM KJN P |
| Plaintiff, | |
| v. | ORDER |
| DEBRA HERNDON, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  On August 19, 2016, the undersigned ordered defendants to file a status report addressing the status of plaintiff's legal property.  (ECF No. 207.)  On August 24, 2016, defendants informed the court that, on about August 18, 2016, four boxes of plaintiff's legal property were shipped from California State Prison-Sacramento ("CSP-Sac") to the California Training Facility ("CTF"), where plaintiff is housed.  (ECF No. 209.)

Because plaintiff's legal property has been shipped to CTF, plaintiff is granted twenty-one days to file supplemental objections to the March 25, 2016 findings and recommendations.

On August 15, 2016, plaintiff filed a motion for sanctions against defendants.  (ECF No. 205.)  Plaintiff argues that defendants should be sanctioned because they are withholding his legal property.  Because plaintiff's legal property has been shipped to CTF, plaintiff's motion for sanctions is denied.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for sanctions (ECF No. 205) is denied;

2. Plaintiff is granted twenty-one days from the date of this order to file supplemental objections to the March 25, 2016 findings and recommendations.

Dated: August 24, 2016

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Na1878.san