# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIO NAVARRO,

       Plaintiff,

vs.

DEBRA HERNDON, et al.,

       Defendants.

No. 2:09-cv-1878 KJM KJN P

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Mario Navarro, inmate V-31698, a necessary and material witness in proceedings in this case on August 8, 2018, is confined in California Institution for Men, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Kendall J. Newman, to appear by telephonic-conferencing at California Institution for Men, August 8, 2018, at 9:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by telephonic-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

3. The Clerk of the Court is directed to serve a copy by fax on the Litigation Coordinator at California Institution for Men, 909-606-7093; and

4. On August 8, 2018, no later than 9:00 a.m., the assigned prison official shall call 1-888-363-4734 and, when prompted, use the access code 1245690 plus #, and security code 4223 plus #.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden, California Institution for Men, 14901 Central Avenue, P.O. Box 128, Chino, California, 91710:**

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by telephonic-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: June 5, 2018

nava1878.841tc.kjn

                                                 KENDALL J. NEWMAN
                                                 UNITED STATES MAGISTRATE JUDGE