1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MARIO NAVARRO,                         No.  2: 09-cv-1878 KJM KJN P

12                Plaintiff,

13        v.                                ORDER

14   DEBRA HERNDON, et al.,

15                Defendants.

16

17          Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant

18   to 42 U.S.C. § 1983.  On August 8, 2018 the parties settled this action following a settlement

19   conference.

20          On September 10, 2018, plaintiff filed a motion alleging that the California Department of

21   Corrections and Rehabilitation ("CDCR") wrongly charged him $131.76 for copies of documents,

22   from his central and medical files, that he received from defendants during discovery.  Plaintiff

23   alleges that defense counsel had informed plaintiff that he would not be charged for these copies.

24   Plaintiff alleges that CDCR wrongly deducted the money for these copies from the money he

25   received from the settlement.

26          Attached to plaintiff's motion is a copy of defendants' reply brief in support of their

27   summary judgment motion.  (ECF No. 229 at 10.)  In response to plaintiff's declaration in support

28   of his opposition, defendants stated, in relevant part, "There is no evidence that any redaction to

the *free copies* he was provided of his Central File documents denied him access to information relevant to his claims…" (Id. (italics added).)

Accordingly, IT IS HEREBY ORDERED that defendants shall respond to plaintiff's September 10, 2018 motion within seven days of the date of this order.

Dated: September 14, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Nav1878.ord