UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO NAVARRO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEBRA HERNDON, et al.,<br><br>　　　　Defendants. | No. 2: 09-cv-1878 KJM KJN P<br><br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On August 8, 2018, the parties settled this action following a settlement conference.

On September 10, 2018, plaintiff filed a motion alleging that the California Department of Corrections and Rehabilitation ("CDCR") wrongly charged him $131.76 for copies of documents. (ECF No. 229.) On September 14, 2018, the undersigned ordered defendants to respond to plaintiff's September 10, 2018 motion. (ECF No. 230.)

On September 18, 2018, defendants filed a response to plaintiff's September 10, 2018 motion. (ECF No. 233.) In the response, defendants state that the $131.76 charges for the copies have been reversed and plaintiff's motion is now moot.

////

////

1

Good cause appearing, IT IS HEREBY ORDERED that plaintiff's motion for reimbursement of the charges (ECF No. 229) is denied as moot.

Dated: September 27, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Nav1878.den