UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO NAVARRO, | No. 2: 09-cv-1978 KJM KJN P |
| Plaintiff, | |
| v. | ORDER |
| DEBRA HERNDON, et al., | |
| Defendants. | |

Pursuant to the stipulation filed by the parties on September 14, 2018 (ECF No. 231), IT IS HEREBY ORDERED that defendant Baxter is dismissed from this action with prejudice.

Dated: September 27, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Nav1878.stip(1)